ACCEPTED
03-14-00570-CR
3650067
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/5/2015 1:52:06 PM
JEFFREY D. KYLE
CLERK

# RICHARD E. WETZEL
## ATTORNEY AT LAW

1411 WEST AVENUE, SUITE 100
AUSTIN, TX 78701
(512) 469-7943

Board Certified Criminal Law
And Criminal Appellate Law by
The Texas Board of Legal Specialization

(512) 474-5594 - fax
wetzel_law@1st.com
www.TexasCriminalAppealsLawyer.com

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/5/2015 1:52:06 PM
JEFFREY D. KYLE
Clerk

January 5, 2015

Heather Kellar
District Clerk
150 N. Seguin Avenue Ste. 304
New Braunfels, TX
78130

Re: State of Texas v. Eric Byron Crayton, Cause No. CR 2012-225, in the 207th District Court of Comal County and Eric Byron Clayton v. State of Texas, No. 03-14-00570-CR

Dear Clerk Kellar:

Pursuant to TEX. R. APP. P. 34.5(c)(1), this letter will serve as my official request for you to prepare and file a supplemental Clerk's Record in the above-styled and numbered cause. The Clerk's Record previously filed does not contain Judge Robison's findings of fact and conclusions of law of July 1, 2014, on Crayton's motion to suppress. The Register of Actions reflects they were filed on that date. I need those findings and conclusions in order to effectively represent Mr. Crayton on appeal.

Thank you for your attention and cooperation in this matter.

Sincerely,

Richard E. Wetzel
Attorney at Law

cc: Court of Appeals
    ACDA Presley